

# Fourth Court of Appeals
## San Antonio, Texas

January 19, 2023

No. 04-22-00802-CR

Michael Lee **BRODE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CR-21-0000185
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

The reporter's record was originally due January 9, 2023 and was not filed. On January 11, 2023, this court notified the court reporter that the reporter's record was late. The court reporter responded to our notice by stating that the reporter's record was not filed because appellant had failed to request the record in writing. We therefore **ORDER** appellant's court-appointed counsel to provide written proof to this court **by January 30, 2023** that the appellant has requested the court reporter to prepare the reporter's record, which request must designate the portions of the proceedings and the exhibits to be included. *See* TEX. R. APP. P. 34.6(b)(1). The reporter's record must be filed no later than thirty days after the date appellant's written proof is filed with this court. If appellant fails to request the record in writing, the court will consider only those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of January, 2023.



MICHAEL A. CRUZ, Clerk of Court